IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **DERALL B. PALMORE,**<br><br>    Petitioner,<br><br>  v.<br><br>**Warden DONALD BARROW, Washington State Prison,**<br><br>    Respondent. | Case No. 7:12-cv-71 (HL) |

### ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Thomas Q. Langstaff (Doc. 14) on Petitioner Derall B. Palmore's Motion for Writ of Habeas Corpus (Doc. 1). After reviewing the Recommendation as well as Petitioner's Objections (Doc. 15), the Court finds the Recommendation should be adopted. Petitioner's Objections do not raise any new arguments that were not addressed by the Magistrate Judge in his Recommendation. The Recommendation of the Magistrate is approved and made order of the Court.

There has been no substantial showing of the denial of a constitutional right, and therefore, a certificate of appealability is denied. 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

**SO ORDERED**, this 5th day of June, 2013.

                                              *s/ Hugh Lawson*
                                            HUGH LAWSON, SENIOR JUDGE

ebrs