**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| DERALL B. PALMORE, | : | |
| Petitioner, | : | |
| VS. | : | |
| | : | NO. 7:12-CV-71 (HL) |
| Warden DONALD BARROW, | : | |
| Respondent. | : | **O R D E R** |

Before the Court is Petitioner **DERALL B. PALMORE'S** motion for leave to proceed *in forma pauperis* ("IFP") on appeal (Doc. 21). On June 5, 2013 (Doc. 16), the undersigned adopted the recommendation of the Magistrate Judge that Petitioner's 28 U.S.C. § 2254 motion be denied and that his motion for a certificate of appealability ("COA") be denied. For the reasons stated in the Magistrate Judge's recommendation, the Court finds that Petitioner does not have a non-frivolous issue for appeal. *See* 28 U.S.C. § 1915(a)(3). Accordingly, Petitioner's motion to proceed IFP on appeal is **DENIED**.

**SO ORDERED**, this 23rd day of September, 2013.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr